UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL MCCANTS,

Defendant.

**ORDER**

19 Cr. 235 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Earlier today, the Court convened a bail violation hearing as a result of Defendant's January 14, 2020 arrest for criminal possession of a weapon in the second degree. As set forth on the record, the conditions of Defendant's pretrial release are modified to require home detention enforced by electronic monitoring.

Dated: New York, New York
February 4, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge