UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL McCANTS,

Defendant.

**SEALED ORDER**

19 Cr. 235 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference in this action previously scheduled for August 29, 2019 is adjourned to **October 10, 2019 at 4:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Upon the application of the Government, and with the consent of the defendant through his counsel, Harold Ramsey Jr., it is hereby ORDERED that the time from August 29, 2019 through October 10, 2019 is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial, because it will allow the parties time to engage in further discussions concerning a possible disposition of this matter.

Dated: New York, New York
August 27, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge