

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 28, 2020

**BY ECF**
The Honorable Paul G. Gardephe
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *United States v. Michael McCants*, 19 Cr. 235 (PGG)

Dear Judge Gardephe:

      The Government writes, with the consent of the defendant, to request that the Court adjourn the conference in the above-captioned matter currently scheduled for March 4, 2020 at 11:15 a.m. for one week until March 11, 2020 at 11 a.m. or at the Court's convenience. The parties are currently actively engaged in discussions regarding a pretrial disposition.

      Should the Court grant this request, the parties also request that the time until the control date be excluded in the interests of justice, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), so that the parties may continue to negotiate a pretrial disposition.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:     /s/
Ni Qian
Assistant United States Attorney
Southern District of New York
(212) 637-2364

MEMO ENDORSED
The Application is granted. The conference is adjourned to March 11, 2020 at 11:00 A.M.

SO ORDERED:
Paul G. Gardephe, U.S.D.J.
Dated: March 3, 2020