UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

     -against-                                  **ORDER**

MICHAEL MCCANTS,

                Defendant.                  19 Cr. 235 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant will take place on **September 16, 2020 at 3:30 p.m.** Any submissions on behalf of the Defendant are due on **August 26, 2020**, and any submission by the Government is due on **September 2, 2020**.

Dated: New York, New York
      July 17, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge