UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL MCCANTS,

Defendant.

**ORDER**

19 Cr. 235 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing currently scheduled for September 16, 2020 will take place on **November 24, 2020 at 3:30 p.m.** Any submission on behalf of the Defendant is due on **November 3, 2020**, and any submission by the Government is due on **November 10, 2020**.

Dated: New York, New York
September 2, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge