UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

**ORDER**

MICHAEL MCCANTS,

19 Cr. 235 (PGG)

Defendant.

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing currently scheduled for November 24,

2020 will take place on **February 22, 2021 at 3:00 p.m.**  Any submission on behalf of the

Defendant is due on **February 1, 2021**, and any submission by the Government is due on

**February 8, 2021**.

Dated: New York, New York
        November 6, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge