UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL MCCANTS,

Defendant.

**ORDER**

19 Cr. 235 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing currently scheduled for February 22, 2021 will take place on **August 27, 2021 at 3:00 p.m.** Any submission on behalf of the Defendant is due on **August 6, 2021**, and any submission by the Government is due on **August 13, 2021**.

Dated: New York, New York
       February 2, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge