UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL MCCANTS,

Defendant.

**ORDER**

19 Cr. 235 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing currently scheduled for August 27, 2021 is adjourned to **February 28, 2022 at 3:00 p.m.** Any submission on behalf of the Defendant is due on **February 7, 2022,** and any submission by the Government is due on **February 14, 2022.**

Dated: New York, New York
       August 4, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge