UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

MICHAEL MCCANTS,

Defendant.

**ORDER**

19 Cr. 235 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing currently scheduled for February 28, 2022 is adjourned to **April 6, 2022 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York. Any sentencing submissions on behalf of the Defendant are due on **March 16, 2022**, and the Government's sentencing submission is due on **March 23, 2022**.

Dated: New York, New York
February 7, 2022

SO ORDERED.

Paul G. Gardephe
United States District Judge