HAROLD B. RAMSEY, JR.

*Attorney At Law*

305 BROADWAY, SUITE 7TH FL.

NEW YORK, NEW YORK 10007

TEL. (212)574-7977   FAX. (888) 831-3331

> **Memo Endorsed:** The sentencing of Defendant is adjourned to **May 20, 2022 at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York. Any sentencing submissions on behalf of the Defendant are due by **April 29, 2022**. The Government's sentencing submission is due by **May 6, 2022**.
>
> SO ORDERED.
>
> *Paul G. Gardephe*
> _____
> Paul G. Gardephe
> United States District Judge
>
> Dated: March 31, 2022

Via: EMAIL
The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:  *United States v Michael McCants*, 19 Cr.235 (PGG)

Dear Judge Gardephe:

The Defendant writes this letter, with the government taking no position, to request that the date for the sentencing of Mr. Michael McCants be adjourned to a later date as I will need additional time to prepare the sentencing submission on behalf of Mr. McCants.

Mr. McCants was housed by the BOP in Westchester County Jail on March 23, 2022. Upon admission Mr. McCants was placed in COVID-19 Quarantine Protocol and is not permitted Legal visits until approximately April 4, 2022. I am requesting that the defense submission be scheduled for filing on April 19, 2022.

Respectfully, submitted

Harold B. Ramsey, Jr. Esq.

Cc: AUSA: Sebastian Swett (By email)