UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

MICHAEL MCCANTS,

               Defendant.

**ORDER**

19 Cr. 235 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

      The sentencing of Defendant Michael McCants is adjourned to **May 31, 2022 at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, New York, New York.

Dated: New York, New York
       May 17, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge